[Cite as *State ex rel. McCuller v. Calabrese*, 2013-Ohio-590.]

# Court of Appeals of Ohio

EIGHTH APPELLATE DISTRICT
COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 98828**

# STATE OF OHIO EX REL, CHARLES D. McCULLER

RELATOR

vs.

# JUDGE DEENA R. CALABRESE

RESPONDENT

## JUDGMENT:
WRIT DENIED

Writ of Procedendo
Motion No. 458559
Order No. 462221

**RELEASED DATE:**     February 15, 2013

-i-

**FOR RELATOR**

Charles D. McCuller, Pro Se
Inmate #482-821
Grafton Correctional Inst.
2500 S. Avon Beldon Road
Grafton, Ohio 44044

**FOR RESPONDENTS**

Timothy J. McGinty
Cuyahoga County Prosecutor

By:   James E. Moss
Assistant county Prosecutor
9th Floor, Justice Center
1200 Ontario Street
Cleveland, Ohio 44113

PATRICIA ANN BLACKMON, J.:

**{¶1}** Charles D. McCuller, the relator, has filed a complaint for a writ of procedendo. McCuller seeks an order from this court which requires Judge Deena R. Calabrese, the respondent, to render rulings with regard to three "motion[s] to vacate void sentence" that are pending in *State v. McCuller*, Cuyahoga C.P. Case Nos. CR-79-48254, CR-79-48919, and CR-79-52011. McCuller's request for a writ of procedendo is moot.

**{¶2}** Attached to Judge Calabrese's motion for summary judgment are three judgment entries, each journalized on September 11, 2012, that demonstrate rulings have been rendered with regard to each pending motion to vacate void sentence. Thus, Judge Calabrese has proceeded to judgment and McCuller's request for a writ of procedendo is moot. *State ex rel. Fontanella v. Kantos*, 117 Ohio St.3d 514, 2008-Ohio-1431, 885 N.E.2d 220; *State ex rel. Howard v. Doneghy*, 102 Ohio St.3d 355, 2004-Ohio-3207, 810 N.E.2d 958, ¶ 6, quoting *State ex rel. Kreps v. Christiansen* (2000), 88 Ohio St.3d 313, 318, 725 N.E.2d 663.

**{¶3}** Accordingly, we grant Judge Calabrese's motion for summary judgment. McCuller to pay costs. Cost ordered waived. The court directs the clerk of court to serve all parties with notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

**{¶4}** Writ denied.

---

PATRICIA ANN BLACKMON, PRESIDING JUDGE

MELODY J. STEWART, A.J., and
EILEEN A. GALLAGHER, J., CONCUR